# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PROCTOR, GINA MARIE § | Case No. 09-73242 |
| § | |
| PORZIO, GINA MARIE § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/28/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/29/2011      By: /s/BERNARD J. NATALE
                                                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PROCTOR, GINA MARIE | § | Case No. 09-73242 |
| | § | |
| PORZIO, GINA MARIE | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,765.70 |
| *and approved disbursements of* | $ 14.89 |
| *leaving a balance on hand of* [1] | $ 7,750.81 |

**Balance on hand:** $ 7,750.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | CitiFinancial Auto Credit, Inc. | 7,926.03 | 7,926.03 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,750.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,526.57 | 0.00 | 1,526.57 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,723.50 | 0.00 | 5,723.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 38.56 | 0.00 | 38.56 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,288.63 |
| Remaining balance: | $ 462.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 462.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 462.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,047.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC / Assignee / Citibank | 3,047.33 | 0.00 | 462.18 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 462.18 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 496.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Barrington Orthopedic Specialists | 496.51 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-73242-MB
Gina Marie Proctor                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith           Page 1 of 2          Date Rcvd: Sep 06, 2011
                             Form ID: pdf006          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2011.
```
db            Gina Marie Proctor,    1642 Kennsington Lane,    Crystal Lake, IL  60014-2029
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
aty           David L. Stretch,    Law Office of David L. Stretch,     5447 West Bull Valley Road,
               McHenry, IL  60050-7410
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
14262511     +Alexian Brothers Medical Center,     1555 Barrington Road,    Schaumburg, IL 60169-1020
14262518     +Barrington Orthopedic Specialists,     Lou Harris & Co.,    PO Box 1284,    Northbrook, IL 60065-1284
14262513     +Citi Auto,    2208 Highway 121,    Suite 100,    Bedford, TX 76021-5981
14262514     +Dependon Collection,    Attn: Bankruptcy,    PO Box 4833,    Oak Brook, IL 60522-4833
14262515     +Dependon Collection Service,    Attn: Bankruptcy,     PO Box 4833,    Oak Brook, IL 60522-4833
14262516     +Dependon Collection Service,    PO Box 4983,    Oak Brook, IL 60522-4983
14262517      Kenneth Proctor,    14125 S. Kilpatrick,    Crestwood, IL 60445-2220
14262519      Lou Harris & Co.,    613 Academy Drive,    Northbrook, IL 60062-2420
14262522      MEA-AEA LLC,    PO Box 5990,    Dept. 20-6003,    Carol Stream, IL 60197-5990
14262523     +MEA-AEA LLC,    PO Box 366,    Hinsdale, IL 60522-0366
14262520     +Malcolm S. Gerald and Assoc.,    332 S. Michigan Avenue,     Suite 600,   Chicago, IL 60604-4318
14262524     +Northwest Gastroenterologists,    1415 S. Arlington Heights Road,
               Arlington Heights, IL 60005-3100
14262525     +RCS - Revenue Cycle Solutions,    PO Box 7229,    Westchester, IL 60154-7229
14262526      St. Alexian Medical Center,    21219 Network Place,    Chicago, IL 60673-1212
14262527      St. Alexius Medical Center,    21219 Network Place,    Chicago, IL 60673-1212
14324542     +Wells Fargo Bank NA,    Andrew J Nelson,    Pierce & Associates PC,     1 North Dearborn Suite 1300,
               Chicago IL 60602-4373
14262528     +Wells Fargo Home Mortgage,    Attention: Bankruptcy Dept,     3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14262512      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 06 2011 23:50:34     Asset Acceptance LLC,
               PO Box 2036,    Warren, MI 48090-2036
14555606     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 06 2011 23:50:34
               Asset Acceptance LLC / Assignee / Citibank,    Po Box 2036,    Warren MI 48090-2036
                                                                                              TOTAL: 2
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,     6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
14731998*    +CitiFinancial Auto Credit, Inc.,    P.O. Box 9578,    Coppell TX 75019-9513
14262521*    +Malcolm S. Gerald and Assoc.,    332 S. Michigan Avenue,     Suite 600,   Chicago, IL 60604-4318
14731856    ##+CitiFinancial Auto Credit, Inc.,    P.O. Box 9578,    Coppell TX 75019-9513
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Sep 06, 2011
                              Form ID: pdf006           Total Noticed: 24

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**                              **Signature:**    *Joseph Speetjens*