## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: PROCTOR, GINA MARIE § Case No. 09-73242
§
PORZIO, GINA MARIE §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $155,528.73 *(without deducting any secured claims)* | Assets Exempt: $32,086.51 |
| Total Distribution to Claimants: $462.18 | Claims Discharged Without Payment: $6,776.60 |
| Total Expenses of Administration: $7,303.52 | |

3) Total gross receipts of $ 7,765.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,765.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $235,861.00 | $7,926.03 | $7,926.03 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,303.52 | 7,303.52 | 7,303.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,712.03 | 3,543.84 | 3,543.84 | 462.18 |
| **TOTAL DISBURSEMENTS** | $242,573.03 | $18,773.39 | $18,773.39 | $7,765.70 |

    4) This case was originally filed under Chapter 7 on July 31, 2009. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011              By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Inheritance from Mother | 1229-000 | 7,765.56 |
| Interest Income | 1270-000 | 0.14 |
| **TOTAL GROSS RECEIPTS** | | **$7,765.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CitiFinancial Auto Credit, Inc. | 4110-000 | N/A | 7,926.03 | 7,926.03 | 0.00 |
| NOTFILED | Citi Auto | 4110-000 | 7,888.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 227,973.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$235,861.00** | **$7,926.03** | **$7,926.03** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 38.56 | 38.56 | 38.56 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,723.50 | 5,723.50 | 5,723.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | | N/A | 1,526.57 | 1,526.57 | 1,526.57 |
| The Bank of New York Mellon | 2600-000 | | N/A | 14.89 | 14.89 | 14.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 7,303.52 | 7,303.52 | 7,303.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC / Assignee / Citibank | 7100-000 | 3,017.09 | 3,047.33 | 3,047.33 | 462.18 |
| 3 | Barrington Orthopedic Specialists | 7200-000 | N/A | 496.51 | 496.51 | 0.00 |
| NOTFILED | MEA-AEA LLC | 7100-000 | 36.52 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexian Medical Center | 7100-000 | 268.58 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Gastroenterologists | 7100-000 | 1,238.03 | N/A | N/A | 0.00 |
| NOTFILED | Malcolm S. Gerald and Assoc. | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Lou Harris & Co. | 7100-000 | 496.51 | N/A | N/A | 0.00 |
| NOTFILED | Malcolm S. Gerald and Assoc. | 7100-000 | 1,073.30 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Service | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection | 7100-000 | 242.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 6,712.03 | 3,543.84 | 3,543.84 | 462.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73242  
**Case Name:** PROCTOR, GINA MARIE  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/31/09 (f)  
**§341(a) Meeting Date:** 09/09/09  

**Period Ending:** 12/07/11  

**Claims Bar Date:** 12/28/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1642 Kennsington 60014-2029 | 117,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Location: 1642 Kennsington Lane, Crystal Lake IL | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Bank Checking # xxxxxx0799 | 216.96 | 0.96 | DA | 0.00 | FA |
| 4 | Harris Bank Checking Account # xxxxxx7538 | 280.28 | 0.00 | DA | 0.00 | FA |
| 5 | Harris Bank Savings Account # xxxxxxxxxx0881 | 75.14 | 0.00 | DA | 0.00 | FA |
| 6 | Location: 1642 Kennsington Lane, Crystal Lake IL | 650.00 | 150.00 | DA | 0.00 | FA |
| 7 | Location: 1642 Kennsington Lane, Crystal Lake IL | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Engagement ring | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 9 | AT&T Savings Plan - 401(k) | 22,146.35 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 Mitsubushi Outlander, 60,000 miles, good co | 6,955.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 Chevrolet Trailblazer - 80,000 miles, fair | 5,955.00 | 999.76 | DA | 0.00 | FA |
| 12 | Possible Inheritance from Mother  (u) | 0.00 | 9,750.00 |  | 7,765.56 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.14 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$155,528.73** | **$10,900.72** |  | **$7,765.70** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE SEEKING TURNOVER OF INHERITANCE

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011       **Current Projected Date Of Final Report (TFR):**   August 29, 2011  (Actual)

Printed: 12/07/2011 02:29 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-73242  
**Case Name:** PROCTOR, GINA MARIE  

**Taxpayer ID #:** **-***6159  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/11 | {12} | T. Rowe Price | Distribution of Inherited 401K | 1229-000 | 7,765.56 | | 7,765.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,765.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,765.65 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 14.89 | 7,750.76 |
| 08/26/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 7,750.81 |
| 08/26/11 | | To Account #9200******5366 | Transfer for Final Report | 9999-000 | | 7,750.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,765.70 | 7,765.70 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,750.81 | |
| | | | **Subtotal** | | 7,765.70 | 14.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,765.70** | **$14.89** | |

{} Asset reference(s)

Printed: 12/07/2011 02:29 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73242  
**Case Name:** PROCTOR, GINA MARIE  

**Taxpayer ID #:** **-***6159  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/11 | | From Account #9200******5365 | Transfer for Final Report | 9999-000 | 7,750.81 | | 7,750.81 |
| 09/28/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,526.57, Trustee Compensation;  Reference: | 2100-000 | | 1,526.57 | 6,224.24 |
| 09/28/11 | 102 | Asset Acceptance LLC / Assignee / Citibank | Distribution paid  15.16% on $3,047.33; Claim# 1; Filed: $3,047.33; Reference: | 7100-000 | | 462.18 | 5,762.06 |
| 09/28/11 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,762.06 | 0.00 |
| | | | Dividend paid 100.00%   5,723.50 on $5,723.50;  Claim# ATTY; Filed: $5,723.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   38.56 on $38.56;  Claim# EXP; Filed: $38.56 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,750.81 | 7,750.81 | **$0.00** |
| | | | Less: Bank Transfers | | 7,750.81 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **7,750.81** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,750.81** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******53-65** | 7,765.70 | 14.89 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 7,750.81 | 0.00 |
| | **$7,765.70** | **$7,765.70** | **$0.00** |

{} Asset reference(s)

Printed: 12/07/2011 02:29 PM   V.12.57